CJF4.22.19
MG/JW: USAO 2019R00012

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** RDB-19-0205 |
| | * | |
| v. | * | (Felon in Possession, 18 |
| | * | U.S.C. § 922(g); Hobbs Act |
| **CORNELL SLATER,** | * | Robbery Conspiracy, 18 |
| a.k.a. "Chopper" | * | U.S.C. § 1951(a); Hobbs Act |
| **ALEX SMITH,** | * | Robbery, 18 U.S.C. |
| a.k.a. "Skeet" | * | § 1951(a); Using, Carrying, |
| | * | and Discharging a Firearm |
| **Defendants** | * | During and In Relation To a |
| | * | Crime of Violence, 18 U.S.C. |
| | * | § 924(c); Aiding and |
| | * | Abetting, 18 U.S.C. § 2) |

*******

## INDICTMENT

### COUNT ONE
(Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland charges that:

On or about November 14, 2018, in the District of Maryland, the defendant,

**CORNELL SLATER,**
a.k.a "Chopper"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Taurus model PT111 Millennium G2, 9 mm pistol, bearing serial number TKW35927.

18 U.S.C. § 922(g)(1)

## COUNT TWO
### (Hobbs Act Robbery Conspiracy)

The Grand Jury for the District of Maryland further charges that:

1. At all times material to this Indictment, Restaurant Depot was a corporation having business offices in multiple states and was a wholesale cash and carry foodservice supplier selling products obtained from vendors within and outside the state of Maryland, and as such is a business which affects interstate commerce.

2. Between on or about December 4, 2018 and continuing through December 5, 2018, in the District of Maryland, the defendants,

**CORNELL SLATER,**
a.k.a. "Chopper"
**ALEX SMITH,**
a.k.a. "Skeet"

did knowingly and willfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury to obstruct, delay and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951.

### Ways, Manner and Means of the Conspiracy

3. It was part of the conspiracy that **CORNELL SLATER**, **ALEX SMITH**, and others planned to rob, at gunpoint, a commercial business of United States currency.

### Overt Acts

4. In furtherance of the conspiracy, and to effect the objects thereof, the defendants performed, participated in and did the following acts in the District of Maryland, among others:

  a. On or about December 5, 2018, at approximately 4:43 a.m., **CORNELL SLATER** and **ALEX SMITH** attempted to forcibly steal, at gunpoint, from the person and presence of

employees of the Restaurant Depot located at 3405 Annapolis Rd, Baltimore, MD 21227, United States currency which was lawfully in the possession of said employees.

18 U.S.C. § 1951(a)

## COUNT THREE
**(Hobbs Act Robbery)**

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Paragraph 1 of Count Two are incorporated here.

2. On or about December 5, 2018, in the District of Maryland, the defendants

**CORNELL SLATER,**
**a.k.a. "Chopper"**
**ALEX SMITH,**
**a.k.a. "Skeet"**

did knowingly and intentionally obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, § 1951, in that the defendants **CORNELL SLATER** and **ALEX SMITH**, did unlawfully attempt to take personal property consisting of United States currency from the persons of employees of the Restaurant Depot located at 3405 Annapolis Rd, Baltimore, MD 21227, against their will, by means of actual and threatened force, violence, and fear of injury to their persons and by threatening serious physical injury and death to said employees by means of a firearm and deadly weapon.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT FOUR
### (Using, Carrying, and Discharging a Firearm During and In Relation To a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about December 5, 2018, in the District of Maryland, the defendants

**CORNELL SLATER,**
a.k.a. "Chopper"
**ALEX SMITH,**
a.k.a. "Skeet"

did knowingly use, carry, and discharge a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit: Hobbs Act Robbery in violation of Title 18, United States Code, Section 1951(a), as more fully set forth in Count Three of this Indictment.

18 U.S.C. § 924(c)(1)(A)(iii)
18 U.S.C. § 2

## COUNT FIVE
### (Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about December 5, 2018, in the District of Maryland, the defendant,

### CORNELL SLATER,
### a.k.a "Chopper"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Taurus model PT111 Millennium G2, 9 mm pistol, bearing serial number TKW35927.

18 U.S.C. § 922(g)(1)

## COUNT SIX
### (Felon in Possession of a Firearm and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about December 18, 2018, in the District of Maryland, the defendant,

**CORNELL SLATER,**
a.k.a "Chopper"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Taurus model PT111 Millennium G2, 9mm pistol, bearing serial number TKW35927 and ten 9mm rounds of ammunition.

18 U.S.C. § 922(g)(1)

ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**
FOREPERSON

4-23-19
DATE